IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANSEL D. GILES,

        Petitioner,

v.                                                                               4:04cv83-WS

JAMES CROSBY,

        Respondent.

_____

## ORDER DENYING PETITIONER'S PETITION
## FOR WRIT OF HABEAS CORPUS

Before the court is the magistrate judge's report and recommendation docketed March 28, 2005.  See Doc. 16.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be denied.  The petitioner has filed objections (doc. 17) to the magistrate judge's report.

Having carefully considered the record, this court has determined that the petitioner's petition for writ of habeas corpus must be denied for the reasons given by the magistrate judge.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 16) is hereby ADOPTED and incorporated by reference into this order.

2.  The petitioner's petition for writ of habeas corpus (doc. 1) is hereby DENIED.

3.  The clerk shall enter judgment accordingly.

DONE AND ORDERED this May 17, 2005.


                /s William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE