IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

HANSEL D. GILES,

    Petitioner,

vs.                                    Case No. 4:04cv83-WS/WCS

JAMES V. CROSBY,

    Respondent.
_____/

## ORDER DENYING CERTIFICATE OF APPEALABILITY

    This cause is before the court on Petitioner's notice of appeal.  Doc. 20. Petitioner appeals the denial of his petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, so a certificate of appealability is required.  § 2253(c)(1)(A); Fed.R.App.P. 22(b).

> To obtain a COA under § 2253(c), a habeas prisoner must make a substantial showing of the denial of a constitutional right, a demonstration that, under *Barefoot*, includes showing that reasonable jurists could debate whether (or, for that matter, agree that) the petition should have been resolved in a different manner or that the issues presented were "'adequate to deserve encouragement to proceed further.'"

Slack v. McDaniel, 529 U.S. 473, 473, 483-84, 120 S.Ct. 1595, 1603-04, 146 L.Ed.2d 542 (2000); *quoting,* Barefoot v. Estelle, 463 U.S. 880, 893, n. 4 103 S.Ct. 3383, 3394, n. 4, 77 L.Ed.2d 1090 (1983).

For the reasons set forth in the report and recommendation as adopted by the court, docs. 16 and 18, Petitioner is not entitled to a certificate of appealability as he has not made a substantial showing of the denial of a constitutional right. Leave to proceed in forma pauperis should also be denied. Fed.R.App.P. 24(a)(3).

It is therefore **ORDERED**:

A certificate of appealability **SHALL NOT ISSUE**, and leave to proceed in forma pauperis on appeal is **DENIED**.

**DONE AND ORDERED** this June 3, 2005.

/s William Stafford
**WILLIAM H. STAFFORD**
**SENIOR UNITED STATES DISTRICT JUDGE**

4:04cv83-WS/WCS